**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JOSEPH O. N.,[1]

Plaintiff,

v.

FRANK J. BISIGNANO, Commissioner of Social Security,

Defendant.

Case No. CV 2:26-8463-RAO

**JUDGMENT**

Pursuant to the Court's Order Reversing Commissioner's Decision,

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is REVERSED and the matter REMANDED for further proceedings.

DATED: September 8, 2026

/s/

ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.